NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

10-0392

STATE OF LOUISIANA

VERSUS

J. E. S.

************

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 12810-09
HONORABLE DAVID A. RITCHIE, DISTRICT JUDGE

************

JIMMIE C. PETERS
JUDGE

************

Court composed of John D. Saunders, Jimmie C. Peters, and James T. Genovese, Judges.

AFFIRMED.

John F. DeRosier
District Attorney
Carla S. Sigler
Assistant District Attorney
Fourteenth Judicial District
1020 Ryan Street
Lake Charles, LA 70601
(337) 437-3400
COUNSEL FOR APPELLANT:
    STATE OF LOUISIANA


Edward K. Bauman
Louisiana Appellate Project
P.O. Box 1641

**Lake Charles, LA 70602**
**(337) 491-0570**
**COUNSEL FOR DEFENDANT/APPELLEE:**
     **J. S.**

**J. S. #75461 Dorm 2**
**P.O. Box 819**
**Simmesport, LA 71369**
**DOC# 559227**
**COUNSEL FOR DEFENDANT/APPELLEE:**
     **Pro Se**

PETERS, J.

The defendant, J.E.S.,[1] appeals the sentence imposed by the trial court for her conviction of the offense of second degree cruelty to a juvenile, a violation of La.R.S. 14:93.2.3.  For the following reasons, we affirm the sentence in all respects.

## DISCUSSION OF THE RECORD

While not consolidated for appeal purposes, this matter is a companion case to *State v. J.S.*, 10-0391 (La.App. 3 Cir. ___/___/10), ___ So.3d ___, and the issues are exactly the same.  We refer to that opinion for the factual background and legal analysis applicable to this appeal.  It is sufficient to say that this appeal addresses the severity of the sentence imposed for the offense charged by the March 19, 2009 grand jury indictment to which the defendant entered a plea pursuant to *North Carolina v. Alford*, 400 U.S. 25, 91 S.Ct. 160 (1970).

For the reasons found in *J.S.*, we find no merit in the defendant's appeal.

## DISPOSITION

We affirm the defendant's sentence in all respects.

## AFFIRMED.

This opinion is NOT DESIGNATED FOR PUBLICATION.
Uniform Rules—Courts of Appeal.  Rule 2-16.3.

---

[1] The victim in this matter is a minor.  Therefore, pursuant to La.R.S. 46:1844(W), we will refer to the primary parties by initials.